## JOHNSON v. THE STATE.

GEORGE, J. The evidence authorized the verdict, and there was no error in overruling the motion for new trial, which contained only the general grounds. *Judgment affirmed. All the Justices concur.*

No. 1222. MARCH 13, 1919.

Indictment for murder. Before Judge Graham. Bleckley superior court. October 21, 1918.

*M. H. Boyer,* for plaintiff in error.

*Clifford Walker, attorney-general, W. A. Wooten, solicitor-general,* and *M. C. Bennet,* contra.

---

## OWENSBY v. THE STATE.

GEORGE, J. 1. "A party to a case has the right to introduce all competent, relevant, and material evidence, either to prove the main issue involved, or to discredit the evidence of a witness for the opposite party." *Tiller* v. *State,* 111 *Ga.* 840 (36 S. E. 201). Accordingly, on the trial of a criminal case the State may introduce any competent, relevant, and material evidence for the purpose of disproving the contention of the defendant, or for the purpose of discrediting his defense, and it affords no valid ground of objection that such evidence may tend incidentally to put the defendant's character in issue. *Smith* v. *State,* 148 *Ga.* 467 (96 S. E. 1042).

(a) Where the defendant in a homicide case contended that the deceased entertained ill will toward him and had made repeated threats against him, which threats had been communicated to him, and offered evidence tending to support this contention, it was competent for the State, in rebuttal, to prove any relevant and material fact or circumstance tending to discredit the contention; and there was no error in admitting evidence to the effect that immediately preceding the homicide the deceased and the accused were upon friendly terms, although the circumstances, proof of which were relied upon by the State to show their friendly relations, tended incidentally to put the defendant's character in issue.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

No. 1241. MARCH 13, 1919.

Indictment for murder. Before Judge Bartlett. Haralson superior court. October 21, 1918.

*Griffith & Matthews,* for plaintiff in error.

*Clifford Walker, attorney-general, J. R. Hutcheson, solicitor-general,* and *M. C. Bennet,* contra.